**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| EDRIC DARNELL COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-06-1192-M |
| ) | |
| JOHN WHETSEL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 9, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging a violation of plaintiff's constitutional rights. The Magistrate Judge recommended that defendants' motion to dismiss be granted and that the complaint be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by May 29, 2007. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 9, 2007;

(2) GRANTS defendants' motion to dismiss [docket nos. 18 and 19]; and

(3) DISMISSES the complaint without prejudice.

**IT IS SO ORDERED this 20th day of June, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE